AO 442 (Rev. 12/85) Warrant for Arrest

FILED
ASHEVILLE, N.C.
MAY - 8 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
v.

RUSSELL LEE FRANKS, ET. AL.

**WARRANT FOR ARREST**

CASE NUMBER: 2:06CR 12-02

SEALED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___(2)Adrian Jereld Freeman___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice

[ ] Probation Violation Petition

charging him or her with  brief description of offense  conspiracy possession with intent to distribute methamphetamine, a Schedule II controlled substance; during and in relation to a drug trafficking crime, unlawfully use and carry a firearm;

in violation of Title __21__ (18) United States Code, Section(s) __841, 846__ (924(c))

__FRANK G. JOHNS__
Name of Issuing Officer

_Elizabeth Wurst, Deputy_ (signature)
Signature of Issuing Officer

__CLERK OF COURT__
Title of Issuing Officer

__05/01/06__  ASHEVILLE, NC
Date and Location

Bail fixed at $ __DETAIN__   by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant_____. |

| DATE RECEIVED 5.3.2006 | NAME & TITLE OF ARRESTING OFFICER  M.E. Morlan - ATF S/A | SIGNATURE OF ARRESTING OFFICER  _Matthew Morlan_ |
|---|---|---|
| DATE OF ARREST 5.3.2006 | | |