IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Docket No 2:06CR12

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | MOTION TO MODIFY CONDITIONS |
| v. ) | OF RELEASE |
| ) | |
| ADRIAN JERALD FREEMAN ) | |
| _____) | |

NOW COMES the defendant, ADRIAN FREEMAN, by and through undersigned counsel, David Belser, and respectfully requests that he be released from detention. The defendant shows the following:

1. On July 20, 2006, the Court placed the defendant into the custody of his mother Anita Freeman and entered an Order Setting Conditions of Release.

2. The next day, the Court revoked the Order Setting Conditions of Released and entered an Order detaining the defendant. The court recited the arguments that the defendant had with his mother in its reasons revoking the bond.

3. Undersigned counsel has recently met with the defendant's mother Anita Freeman and her former husband William B. Freeman. Mr. Freeman is now willing to take the defendant into his custody and is willing to sign a property bond. Mr. Freeman has indicated that the defendant has agreed to abide by all of his rules, including no contact with his girlfriend. Mr. Freeman , who is a lineman for Duke Power, owns his home in Balsam, NC.> and does not live with Anita Freeman.

4. The defendant was previously ordered to attend and complete the jail based in patient treatment program and successfully did so.

WHEREFORE, the defendant respectfully prays this Court to schedule a bond hearing and consider setting new terms of release given the change in the defendant's potential residential status.

Respectfully submitted, this the 11rd day of December, 2006.

_____
s/ David Belser
Bar #: 10631
Attorney for Defendant
Belser & Parke, PA
17 North Market Street, Suite 1
Asheville, NC 28801
Tel: 828-258-1500
Fax: 828-258-1510
davidbelser@aol.com

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing Motion for Modification Conditions of Release , via fax, on the following:

Corey Ellis
Assistant United States Attorney
United States Courthouse
100 Otis Street
Asheville, NC 28801

FAX: 828-271-4670

This the 13rd day of July, 2006.

_____
s/ David Belser
Bar #: 10631
Attorney for Defendant
Belser & Parke, PA
17 North Market Street, Suite 1
Asheville, NC 28801
Tel: 828-258-1500
Fax: 828-258-1510
davidbelser@aol.com