# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR12-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| ADRIAN JERELD FREEMAN ) | |

**THIS MATTER** is before the Court on the Government's appeal of the Order of Release issued by the Magistrate Judge on December 29, 2006. The Magistrate Judge stayed his order pending resolution of this appeal. ***See* Order, filed December 29, 2006.**

No response to the Government's appeal has been filed by the Defendant. Therefore, the Court finds, for the reasons stated in the Government's memorandum in support of continued detention of the Defendant, that the Government's appeal should be allowed.

**IT IS, THEREFORE, ORDERED** that the Government's appeal of the Order of Release is **ALLOWED;** the Magistrate Judge's Order of Release

is **OVERRULED**, and the Defendant is ordered detained until further Order of this Court.

Signed: January 22, 2007

Lacy H. Thornburg
United States District Judge