

**North Carolina Western**
**MEMORANDUM**

DATE: January 30, 2007

TO: Lacy H. Thornburg
U.S. District Judge

FROM: Robert T. Ferguson
U.S. Probation Officer

SUBJECT: **Adrian Jereld FREEMAN**
**Docket No. 2:06CR12-02**
**NOTIFICATION OF PRESENTENCE REPORT TO THE COURT**

Attached is the Presentence Report for the above-referenced defendant. Our records reflect that defense counsel had until **1/29/2007** to submit objections, and no objections were received from either the defendant or the government within the 14-day limit specified by Rule 32.

Under Rule 32 the report must be disclosed to the defendant at least 35 days prior to sentencing, and to the Court at least seven days prior to sentencing. By copy of this memorandum, the parties are notified that this case may be scheduled for sentencing on or after **2/19/07**.

**\* ATTENTION ATTORNEY: PLEASE REMIND YOUR CLIENT THAT HE/SHE WILL BE REQUIRED TO PAY A $200 ASSESSMENT ON THE DATE OF SENTENCING.**

As of the date of this notification, the defendant is **in custody**.

RTF:crg
Enclosure

cc: Clerk, U.S. District Court
AUSA Don Gast
Attorney David Belser
Adrian Jereld FREEMAN, Defendant